UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| GREGORY HEDGES, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5: 22-294-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHALS | ) | **JUDGMENT** |
| SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Gregory Hedges' petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [Record No. 1] is **DENIED.**

2.      This action is **DISMISSED** and **STRICKEN** from the docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated:  November 23, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky